Argued and submitted April 30, 1992, affirmed June 16, 1993

STATE OF OREGON,
*Respondent,*

*v.*

HONORATO VALENCIA ALVAREZ,
*Appellant.*

(90-CR-0718-ST; CA A68492)

853 P2d 326

David K. Allen, Deputy Public Defender, Salem, argued the case for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janie M. Burcart, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Bonham*, 120 Or App 371, 852 P2d 905 (1993).